# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRICK BANGS KELLOGG,<br><br>                        Plaintiff,<br><br>   v.<br><br>JULIE WILSON,<br><br>                        Defendant. | Case No. 21-cv-00963-BAS-JLB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

For the sixth time, Plaintiff Kendrick Bangs Kellogg brings an action seeking repayment of certain assets plus interest that Defendant, the United States, and other federal employees allegedly caused him to lose. In the four most previous actions, the Court has dismissed Kellogg's claims with prejudice, each time finding that Kellogg's pleading was substantively identical to the numerous prior complaints dismissed by the Court.[1] Despite

---

[1] *See Kellogg v. Wilson*, No. 17-cv-00353-BAS-JLB, , ECF No. 17 (S.D. Cal. July 11, 2017) (dismissing action with prejudice as frivolous); *Kellogg v. Wilson*, No. 17-cv-01505-BAS-JLB, ECF No. 19 (S.D. Cal. Feb. 21, 2018) (dismissing action with prejudice, finding that Kellogg failed to comply with the requirements of Fed. R. Civ. P. 8(a), and precluding Kellogg from filing additional complaints); *Kellogg v. Wilson*, No. 18-cv-1216-BAS-JLB, ECF No. 7 (S.D. Cal. Jul. 24, 2018) (dismissing case with prejudice and precluding Kellogg from filing additional complaints containing the same allegations and advising Kellogg that he may be declared a vexatious litigant); *Kellogg v. Wilson*, No. 19-cv-1121-BAS-JLB, 12 (S.D. Cal. Oct. 24, 2019) (dismissing case with prejudice, finding that Kellogg violated the orders in the previous actions by filing a new action raising the same allegations and warning Kellogg that he may be declared a vexatious litigant).

the Court's repeated warnings to not refile the same claims dismissed with prejudice in a new action, Kellogg yet again initiated an action with the complaint almost identical to the one in his prior case. (*Compare* ECF No. 1 to *Wilson*, No. 19-cv-1121-BAS-JLB, ECF No. 1 (S.D. Cal. June 17, 2019).) Plaintiff's Complaint is filed in violation of the Court's orders stating that Plaintiff may not simply file "a new lawsuit that raises the same allegations" as he did in his prior, dismissed cases. For the same reasons as detailed in the Court's prior order (*Wilson*, No. 19-cv-1121-BAS-JLB, ECF No. 12 (S.D. Cal. Oct. 24, 2019)), the Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint.

The Clerk is instructed to close the case.

**IT IS SO ORDERED.**

**DATED: July 1, 2021**

Hon. Cynthia Bashant
United States District Judge